IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Venice Small, | Case No. 3:24 CV 7 |
| Plaintiff, | ORDER RE: AUTHORIZATIONS |
| -vs- | JUDGE JACK ZOUHARY |
| Liberty Mutual Personal Insurance Co., | |
| Defendant. | |

This Court has reviewed previous and past authorizations requested by Defendant of the Plaintiff. Based upon this Court's review, Plaintiff should promptly sign the following recent authorizations for records from: PNC, Ohio Department of Taxation, AEP/Toledo Department of Public Utilities, and Boost Mobile.

Plaintiff is also reminded that he may not utilize Chambers email to make arguments in this case. Chambers email was provided solely to allow him to share prior authorizations he received from Defendant. That issue has now been decided.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

December 18, 2024