IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Venice Small, | Case No. 3:24 CV 7 |
| Plaintiff, | ORDER GRANTING MOTION |
| -vs- | TO MODIFY DEPOSITON DATE |
| Liberty Mutual Personal Insurance Co., | JUDGE JACK ZOUHARY |
| Defendant. | |

Due to Plaintiff's delay in submitting the required authorizations (Doc. 34), this Court grants Defendant's Motion to Modify the Deposition Date (Doc. 36). The deposition currently scheduled for **Friday, January 3, 2025** is vacated.

Several attempts by this Court and defense counsel to encourage Plaintiff to return the authorizations have failed. Most recently, Plaintiff indicated he did mail the authorizations, but defense counsel did not receive them as of the date of this Order.

Defense counsel shall promptly mail to Plaintiff two hardcopies of each authorization form (one for Plaintiff to keep and one to return), along with a preaddressed and prepaid return envelope. This exchange should easily be completed in **two weeks** -- a deadline of **January 14, 2025**.

If Plaintiff timely returns all required authorizations, and to allow time for the collection and review of records by defense counsel, Plaintiff's deposition is rescheduled for **Friday, February 21, 2025 at 11 AM** in Courtroom 1A. If Plaintiff fails to comply with this Order, this case will be dismissed for want of prosecution. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962). Plaintiff is warned that a Dismissal may preclude his right to later pursue his claims.

IT IS SO ORDERED.

s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

December 30, 2024