IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Venice Small,                                           Case No. 3:24 CV 7

                    Plaintiff,                 O R D E R

      -vs-

                                                   JUDGE JACK ZOUHARY

Liberty Mutual Personal Insurance Co.,

                    Defendant.

       Following up on this Court's previous Order (Doc. 37), Defendant filed a Notice of Compliance (Doc. 38). Defendant shall next confirm with this Court proof of delivery of the releases sent to Plaintiff for him to sign.

       Pursuant to this Court's previous Order (Doc. 37), Defendant shall promptly notify this Court if and when it receives the signed releases. This Order shall also serve to remind Plaintiff of his obligations, and his failure to comply may result in a dismissal. A Dismissal may result in his claims being time-barred.

       This Court will hold a record Telephone Status Conference on **Tuesday, January 21, 2025 at 11 AM**. At that time, defense counsel and pro se Plaintiff shall call the District Court conference line (provided by email).

       IT IS SO ORDERED.

                                                         s/ *Jack Zouhary*
                                                         JACK ZOUHARY
                                                         U. S. DISTRICT JUDGE

                                                         January 6, 2025