IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Venice Small,                         Case No. 3:24 CV 7

            Plaintiff,           O R D E R

    -vs-
                                     JUDGE JACK ZOUHARY

Liberty Mutual Personal Insurance Co.,

            Defendant.

      This Court will treat pro se Plaintiff's Affidavit of Disqualification (Doc. 39) as a Request for Recusal. The unsworn allegations in his filing are denied. The Request is denied.

      IT IS SO ORDERED.

                                            s/ *Jack Zouhary*
                                            JACK ZOUHARY
                                            U. S. DISTRICT JUDGE

                                            January 6, 2025