IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Venice Small, | Case No. 3:24 CV 7 |
| Plaintiff, | O R D E R |
| -vs- | JUDGE JACK ZOUHARY |
| Liberty Mutual Personal Insurance Co., | |
| Defendant. | |

A Telephone Status Conference was held on January 21, 2025. Counsel present: Plaintiff Venice Small (pro se); Nicole Mattingly for Defendant. (Court Reporter: Stacey Kiprotich).

Defense counsel confirmed receipt of Plaintiff's signed release forms. Responses are expected by the end of the month for counsel to review prior to Plaintiff's deposition. The deposition will take place at the Federal Courthouse in Toledo, Ohio (1716 Spielbusch Ave.) on **Friday, February 21, 2025** at **11:00 AM**. Upon arrival, enter the Courthouse through the blue construction trailer; then take the elevator to the fourth floor and use the kiosk in the public area to call the Zouhary Chambers. Only parties and lawyers on the docket will be permitted through court security.

This Court addressed the case schedule and April 29 trial date, which will again be discussed on February 21. A back-up trial date is set for May 13 if needed. Plaintiff raised a question regarding discovery. This Court received unredacted versions of emails between Defendant and their legal representation (*see* Doc. 32). This Court finds the redacted matter is protected by the attorney-client privilege and a significant portion also constitutes protected work product. Therefore, Plaintiff is not entitled to review the redacted information.

IT IS SO ORDERED.

s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

January 21, 2025