IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Venice Small, | Case No. 3:24 CV 7 |
| Plaintiff, | ORDER GRANTING IN PART |
| -vs- | <u>MOTION TO INTERVENE</u> |
| Liberty Mutual Personal Insurance Company, | JUDGE JACK ZOUHARY |
| Defendant. | |

Before this Court is a Motion from Attorney Jeffrey Zilba (Doc. 46).  Attorney Zilba was previously counsel of record for Plaintiff Venice Small (*id.* at 2).  The Motion: (1) serves notice of Attorney Zilba's claim of an attorney's lien against the settlement in this case, (2) moves this Court to intervene, and (3) moves this Court to direct Defendant Liberty Mutual to pay the proceeds of the settlement into the Court for equitable distribution (*id.* at 1).

Parties shall promptly provide this Court, under seal, all communications (i.e., letter, emails, texts, agreements, etc.) which set forth the terms of the settlement.  After receipt, this Court will hold a record hearing.  Defendant shall **not** deposit any monies with this Court but rather shall maintain the funds for future disbursement pursuant to this Court's directive.

Oppositions to the request that this Court should pause the settlement are due by **Monday, March 10**.  The merits of Attorney Zilba's claim of an attorney's lien will not be considered at this time.  All pro se filings must be mailed, with the case caption and number, to the following address:

> U.S. District Court
> Attn: Clerk's Office
> 1716 Spielbusch Ave.
> Toledo, Ohio 43604

As described above, the Motion is granted in part. Attorney Zilba is approved to intervene pursuant to Federal Civil Rule 24(a)(2).

IT IS SO ORDERED.

                                                         s/ *Jack Zouhary*
                                                    JACK ZOUHARY
                                                    U. S. DISTRICT JUDGE

                                                    February 26, 2025